IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 26-mj-1177 |
| v. | ) | |
| | ) | Judge Holmes |
| [1] TOMMY JAMES NICHOLS | ) | |

**<u>ORDER</u>**

This matter comes before the Court on the United States' Motion to Unseal the Complaint.

Based upon the representations in that Motion, the Motion is hereby

GRANTED, and it is hereby

ORDERED, that the Indictment and the case is to be unsealed.

It is SO ORDERED on this __26th__ day of June 2026.

_____
BARBARA D. HOLMES
UNITED STATES MAGISTRATE JUDGE

1